IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NANCY HELMER, ET AL., ) | CV 05-00653 JMS LEK |
| ) | |
| Plaintiff(s), ) | |
| ) | ORDER ADOPTING MAGISTRATE'S |
| vs. ) | FINDING AND RECOMMENDATION |
| ) | TO REMAND CASE |
| FAIRFIELD RESORTS, INC., ET ) | |
| AL., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION TO REMAND CASE

Findings and Recommendation having been filed and served on all parties on February 7, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March, 5, 2007.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge